IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **JOE HAND PROMOTIONS, INC.** | * | |
| Plaintiff | * | |
| v. | * | |
| **PAPAS RESTAURANT, BAR &** | * | |
| **LIQUORS, INC., et al.** | | |
| **dba PAPPAS SPORTS BAR** | * | |
| Defendants | * | Civil Action # H02-CV-2556 |

\* \* \* \* \*

### STIPULATION

The parties, by their undersigned Counsel, Stipulate that the time by which the Defendant's, Pappas Restaurant, Bar & Liquors, Inc., Mark J. Pappas and Harriet M. Pappas must respond to the Plaintiff's Complaint, and is hereby extended to and including September 17, 2002.

_____
Gerald J. O'Brien, Esquire
9055 Comprints Court, Suite 340
Gaithersburg, Maryland 20877
301-208-9114

Attorney for Plaintiff

_____
Michael J. Moran, Esquire
1400 Front Avenue, Suite 202
Lutherville, Maryland 21093
410-828-4800

Attorney for Defendant

This 11Th day of September, 2002

Alexander Harvey
United States District Judge

