IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

JOE HAND PROMOTIONS, INC.         *

    Plaintiff

v.                                *

PAPPAS RESTAURANT, INC. et al.          Case No.: H 02 CV 2556

    Defendants                    *

\* \* \*

### ORDER

The foregoing Motion having been read and considered, it is this 18th day of December, 2002, by the United States District Court for the District of Maryland:

1. ORDERED: That the Motion for Leave to File Third Party Complaint be, and is hereby GRANTED.

2. ORDERED: That the Clerk shall send a copy of this Order to Counsel of record.

_____
JUDGE